150 So.2d 770

Mable M. DOUCET

v.

The TRAVELERS INSURANCE COMPANY.

No. 46669.

March 25, 1963.

In re: The Travelers Insurance Company applying for certiorari or writ of review to the Court of Appeal, Third Circuit, Parish of Jefferson Davis. 149 So.2d 448.

Writ refused. We find no error of law in the judgment complained of.

HAWTHORNE and McCALEB, JJ., are of the opinion that the writ should be granted.